# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARTIN VARGAS,**

    Plaintiff,

**vs.**                                             Case No. 1:22-cv-00182-WJ-GJF

**SERGEANT MARK NORRIS, et al.**

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Martin Vargas, by and through his counsel of record, the Kennedy Law Firm, P.C. and Almanzar and Youngers, P.A., and Defendants Mark Norris, Michael Radosevich, Jimmie Jones, Joshua Rogers, Lena Deyapp, and the City Of Albuquerque, by and through their counsel of record, the Law Office of Jonlyn M. Martinez, LLC, hereby stipulate to and concur in the dismissal with prejudice of all of the Plaintiff's claims against Defendants Mark Norris, Michael Radosevich, Jimmie Jones, Joshua Rogers, Lena Deyapp, in their individual and official capacities, including all claims that were or could have been included therein, with each party to bear their own costs and attorneys' fees.

Respectfully approved, agreed, and stipulated to:

| KENNEDY LAW FIRM, P.C. | LAW OFFICE OF JONLYN M. MARTINEZ, LLC |
|---|---|
| By: *Approved May 5, 2023* <br>     SHANNON L. KENNEDY <br>     *Attorneys for Plaintiff* <br>     1000 2nd Street <br>     Albuquerque, NM 87102 <br>     (505) 244-1400 | By: /s/ *Submitted electronically by* <br>     JONLYN M. MARTINEZ <br>     *Attorney for Defendants* <br>     PO Box 1805 <br>     Albuquerque, NM 87103 <br>     (505) 247-9488 |

ALMANZAR & YOUNGERS, P.A.

By: *Approved May 5, 2023*
      JOLEEN K. YOUNGERS
      *Attorneys for Plaintiff*
      505 Cerrillos Road, Suite A104
      Santa Fe, NM 87501
      575-636-2057